UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MICHAEL HARVICK,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; JIM BURKE FORD; and DOES 1-10, inclusive,<br><br>Defendants. | No. 2:26-cv-02068 WBS AC<br><br>ORDER TO SHOW CAUSE |

----oo0oo----

Within seven days of this order's filing date, defendant Ford Motor Company is hereby ORDERED to SHOW CAUSE why this case should not be remanded to state court for lack of subject-matter jurisdiction. Plaintiff and defendant Jim Burke Ford both appear to be California citizens, precluding diversity jurisdiction. Plaintiff shall file his response within seven days of defendant Ford Motor Company's filing.

It is further ORDERED that the Status (Pretrial Scheduling) Conference scheduled for October 5, 2026 is VACATED.

If jurisdiction is found to be proper, the court will reschedule that conference.

IT IS SO ORDERED.

Dated: September 28, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE